1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ROBERTS,                          No. 2:21-cv-0754-EFB P

12                    Plaintiff,

13        v.                                   ORDER

14    SENIOR ACCOUNTING, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He alleges claims that arose in Kern County, California, at Wasco State Prison –

19    Reception Center.  *See* ECF No. 1.  Kern County is in the Fresno Division of the United States

20    District Court for the Eastern District of California, and this action should have been commenced

21    there.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper

22    division of a court, the court may, on its own motion, transfer the action to the proper division.

23    E.D. Cal. Local Rule 120(f).

24          Accordingly, it is hereby ordered that:

25          1.  This action is transferred to the Fresno Division.

26          2.  The Clerk of Court shall assign a new case number.

27    /////

28    /////

3. All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: April 29, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE